AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

LARRY BARNEY,

      v.

CASE NUMBER: C06-5589RBL

WESTERN CONFERENCE OF
TEAMSTERS PENSION TRUST,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment is GRANTED.

DATED :   July 9, 2007

                                                BRUCE  RIFKIN
                                          *Clerk*

                                              /s/   Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring